**BP WEST COAST PRODUCTS LLC, a Delaware limited liability company, Plaintiff—counter-defendant—Appellee**

v.

**Robert GREENE, Defendant—counter-claimant—Appellant.**

**No. 04–16703.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 8, 2005.

Decided May 4, 2006.

Jeffrey M. Hamerling, Esq., DLA Piper Rudnick Gray Cary, US LLP, San Fran-

cisco, CA, for Plaintiff–counter–defendant–Appellee.

Thomas P. Bleau, Esq., Bleau Fox & Fong, Los Angeles, CA, for Defendant–counter–claimant–Appellant.

Before: PREGERSON, COWEN,* and THOMAS, Circuit Judges.

MEMORANDUM **

On May 1, 2006, we filed a published opinion in *B.P. West Coast Products LLC v. May*, 447 F.3d 658 (9th.2006). The issues raised in this matter are substantially adjudicated in that case, and for the reasons set forth therein, the order of the district court in this matter will be affirmed.

AFFIRMED.

---

* The Honorable Robert E. Cowen, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.